# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLARK COUNTY CREDIT UNION, A
DOMESTIC NON-PROFIT
COOPERATIVE CORPORATION,
               Appellant,
vs.
YVONNE SAUNDERS, M.D., AN
INDIVIDUAL; AND YVONNE
SAUNDERS, M.D., LTD., A NEVADA
CORPORATIOIN,
               Respondents.

No. 75355



FILED

JUN 1 5 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order granting a motion in limine to preclude admission of evidence. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Because it appeared that no final judgment had been entered, and the order designated in the notice of appeal is not substantively appealable, this court entered an order to show cause why the appeal should not be dismissed for lack of jurisdiction. We deferred ruling on respondents' motion to dismiss based on the same argument. Appellant has filed an opposition to the motion to dismiss, in which appellant argues that the order granting the motion in limine effectively served as a dispositive ruling in the case and should therefore be construed as a final judgment. Appellant further notes that a motion for summary judgment was heard on May 24, 2018, and appellant intends to appeal from that order. We conclude that this court lacks jurisdiction over this appeal. Moreover, no written order

SUPREME COURT
OF
NEVADA

(O) 1947A

18-22926

resolving the motion for summary judgment has been entered by the district court; therefore NRAP 4(a)(6) does not apply. We

ORDER this appeal DISMISSED.[1]

_____ Cherry _____, J.
Cherry

_____ Parraguirre _____, J.
Parraguirre

_____ Stiglich _____, J.
Stiglich

cc:    Hon. Linda Marie Bell, District Judge
       Israel Kunin, Settlement Judge
       Bowen Law Offices
       Greene Infuso, LLP
       Eighth District Court Clerk

---

[1]We deny as moot respondent's motion to dismiss.